ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Aulson Company, Inc. ) ASBCA No. 61825
)
Under Contract No. W912WJ-17-P-0138 )

APPEARANCE FOR THE APPELLANT:     Shaunna R. Jammal, Esq.
                                  The Aulson Company, Inc.
                                  Methuen, MA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                  Engineer Chief Trial Attorney
                                  Theresa A. Negron, Esq.
                                  Jenna N. Gustafon, Esq.
                                  Engineer Trial Attorneys
                                  U.S. Army Engineer District, New England

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 27, 2019

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61825, Appeal of The Aulson Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals